IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHEENA COLEMAN                                                                                    PLAINTIFF

v.                                    Case No. 4:21-cv-00571 KGB

JAMES PEARSON, individually
and in his official capacity                                                                      DEFENDANT

## ORDER

Before the Court is plaintiff Sheena Coleman's motion to continue trial and court deadlines and motion to withdraw as counsel (Dkt. No. 25). In a previous filing, counsel for Ms. Coleman informed the Court that he had "lost contact" with Ms. Coleman and requested a two-week extension of time within which to respond to defendant James Pearson's pending motion for summary judgment (Dkt. No. 23, ¶ 2). This Court granted Ms. Coleman an extension up to and including July 22, 2022, to respond to Mr. Pearson's motion for summary judgment (Dkt. No. 24). Ms. Coleman's counsel now represents that he "has lost complete contact" with Ms. Coleman, (Dkt. No. 25, ¶ 2). Mr. Sutter further represents that Larry Richmond, counsel for Mr. Pearson, will be "out on military training until the end of the year." (*Id.*, ¶ 3). Accordingly, the parties jointly request that the Court continue the current trial setting and related deadlines "for a time after the start of 2023" (*Id.*). Mr. Sutter separately requests that he be relieved as counsel for Ms. Coleman and that the Court stay this matter pending Mr. Richmond's return from military training (*Id.*, ¶ 4). Ms. Coleman's counsel states that he "stands ready to tender the file to the client and/or successor counsel, upon written request" (*Id.*, ¶ 5). Finally, Ms. Coleman's counsel requests reasonable attorneys' fees and costs "due and owing." (*Id.*).

For good cause shown, the Court grants the motion to continue trial and court deadlines and motion to withdraw as counsel (Dkt. No. 25). The Court relieves Luther Sutter as counsel for

Ms. Coleman in this case. Mr. Sutter is directed to provide a copy of this Order to Ms. Coleman. The Court also directs Mr. Sutter and counsel for Mr. Pearson to provide to the Court contact information, including but not limited to a last known mailing address, for Ms. Coleman so that the Clerk can update this docket. To the extent Mr. Sutter requests that this Court award him attorneys' fees and costs in the matter, the Court denies without prejudice that request.

The Court continues the jury trial scheduled for August 8, 2022, and suspends all pretrial deadlines. If appropriate, the Court will enter an amended final scheduling order that resets the trial date and all unexpired pretrial deadlines.

With this Order, the Court also stays this case for 30 days to permit Ms. Coleman to inform the Court of how she wishes to proceed. Ms. Coleman has up to and including 30 days from the date of this Order to inform the Court in a written filing if she has obtained new counsel or if she wishes to proceed *pro se* by representing herself.

As Ms. Coleman is currently proceeding *pro se*, she is directed to Local Rule 5.5(c)(2), which provides:

> Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

All parties are directed to file written status reports with the Court within 30 days from the date of this Order to inform the Court of the status of this matter, including but not limited to how Ms. Coleman wishes to proceed with respect to counsel or *pro se* and information regarding Mr. Richmond's anticipated return date. The Court will determine then the appropriate next steps.

It is so ordered this 12th day of July, 2022.

                                                      Kristine G. Baker
                                                      United States District Judge