## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHEENA COLEMAN**                                                                 **PLAINTIFF**

**v.**                              **Case No. 4:21-cv-00571 KGB**

**JAMES PEARSON, individually**
**and in his official capacity**                                        **DEFENDANT**

### ORDER

Before the Court is Michael L. Alexander's renewed motion to be relieved as appointed counsel (Dkt. No. 42).  Mr. Alexander represents that he met with plaintiff Sheena Coleman on April 11, 2023 (*Id.*, ¶ 6).  Mr. Alexander further represents that, based upon the conversations and information provided in the meeting on April 11, 2023, he "does not believe he can pursue this cause of action and do so ethically."  (*Id.*).  As a result, Mr. Alexander asks the Court to allow him to withdraw as appointed counsel for Ms. Coleman and allow Ms. Coleman "to either proceed *pro se* or retain counsel who believes they can ethically and morally pursue plaintiff's claim." (*Id.*).

For good cause shown, the Court grants Mr. Alexander's renewed motion to be relieved as appointed counsel (*Id.*).  Pursuant to Rule 83.7 of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court Appoints Staci Carson, Watts, Donovan, Tilley & Carson, P.A., 2120 Riverfront Drive, Ste. 275, Little Rock, Arkansas 72202, to represent Ms. Coleman.

The Clerk of Court is directed to send Ms. Carson a copy of this Order and Local Rule 83.7.  Counsel may access the file from CM/ECF.  If counsel is unable to obtain a copy of the file from CM/ECF, she should contact court staff for a complete or partial copy of the file.

Ms. Carson has 21 days from the date of this order to file a written application to withdraw for an approved reason; otherwise the appointment will be effective.  *See* Local Rule 83.7.

It is so ordered this 29th day of September, 2023.

_____
Kristine G. Baker
United States District Judge