IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHEENA COLEMAN**                                                                           **PLAINTIFF**

**v.**                           **Case No. 4:21-cv-00571 KGB**

**JAMES PEARSON, individually**
**and in his official capacity**                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that judgment is entered in favor of defendant James Pearson, individually and in his official capacity, on plaintiff Sheena Coleman's Fourth and Fourteenth Amendment claims, and the Court dismisses these claims with prejudice.  The relief requested is denied.

So adjudged this 5th day of September, 2025.

                                                                                _____
                                                                                Kristine G. Baker
                                                                                Chief United States District Judge